UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-60236-Smith/Hunt
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

FILED BY_____SM_____D.C.

**Oct 10, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

vs.

MALHERBE FUCIEN,

Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### Count 1
### Purchase of Firearms by Means of False Statement
### (18 U.S.C. § 922(a)(6))

On or about January 25, 2024, in Broward County, in the Southern District of Florida, the

defendant,

**MALHERBE FUCIEN,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, that is, PJ

Ammo LLC, did knowingly make any false and fictitious written statement to the dealer, which

statement was intended and likely to deceive the dealer with respect to any fact material to the

lawfulness of the sale and other disposition of such firearm, in that **MALHERBE FUCIEN** stated

in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer

and transferee of the firearm, when in truth and fact, and as **MALHERBE FUCIEN** then and there

well knew, he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearm was: One (1) Glock 17, 9 mm caliber, serial number BPDK228.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MALHERBE FUCIEN,** has an interest.

2.     Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 922, or any other criminal law of the United States, as alleged in this Information, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
COREY R. O'NEAL
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.:    25-cr-60236-Smith/Hunt

v.
                                            **CERTIFICATE OF TRIAL ATTORNEY**

MALHERBE FUCIEN

_____/   **Superseding Case Information:**
                                            New Defendant(s) (Yes or No)_____
**Court Division** (select one)             Number of New Defendants _____
☐ Miami     ☐ Key West    ☐ FTP            Total number of new counts _____
☑ FTL       ☐ WPB

I do hereby certify that:

1.   I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.   Interpreter: (Yes or No) No____
     List language and/or dialect:_____

4.   This case will take__0__days for the parties to try.
5.   Please check appropriate category and type of offense listed below:

     (Check only one)                       (Check only one)
     I   ☑  0 to  5 days                     ☐ Petty
     II  ☐  6 to 10 days                     ☐ Minor
     III ☐  11 to 20 days                    ☐ Misdemeanor
     IV  ☐  21 to 60 days                    ☑ Felony
     V   ☐  61 days and over

6.   Has this case been previously filed in this District Court? (Yes or No) No____
     If yes, Judge_____ Case No._____
7.   Has a complaint been filed in this matter? (Yes or No) No____
     If yes, Judge _____ Magistrate Case No._____
8.   Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
     If yes, Judge _____ Case No._____
9.   Defendant(s) in federal custody as of _____
10.  Defendant(s) in state custody as of _____
11.  Rule 20 from the _____ District of _____
12.  Is this a potential death penalty case? (Yes or No) No____
13.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____
14.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____
15.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____
16.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

                              By: _____
                                  Corey R. O'Neal
                                  Assistant United States Attorney
                                  SDFL Court ID No.   A5503031

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MALHERBE FUCIEN

**Case No**: 25-cr-60236-Smith/Hunt

Count: 1

Purchase of Firearms by Means of False Statement

Title 18, United States Code, Section 922(a)(6)

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Mandatory Min. Supervised Release: N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000.00**

**\*Refers only to possible term of incarceration, supervised release, and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   25cr-60236-Smith/Hunt |
| Malherbe Fucien, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David Tucker, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

James I. Cohn, U.S. District Judge
*Judge's printed name and title*